O/JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIXTRO MORALES,<br>          Petitioner,<br>    v.<br>GLEN LEWIS, Warden,<br>          Respondent. | Case No. CV 12-7338 SJO (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability and Evidentiary Hearing.

DATED: February 26, 2015

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE